IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LAWRENCE DONNELL LEWIS,

    Petitioner,

v.                                                                                                 Civil Action No. **3:16CV148**

UNKNOWN,

    Respondent.

## MEMORANDUM OPINION

On March 25, 2016, the Court conditionally docketed Petitioner's action. Petitioner requested leave to proceed *in forma pauperis*. By Memorandum Order entered on April 27, 2016, the Court directed Petitioner to pay an initial partial filing fee of $5.30 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). In response to a letter from Petitioner, by Memorandum Order entered on May 26, 2016, the Court explained to Petitioner that he must pay an appeal fee in a prior action and the initial partial filing fee in the instant action. (ECF No. 10, at 1–2). The Court gave Petitioner an additional eleven (11) days from the date of entry thereof to comply with the directives of the April 27, 2016 Memorandum Order. (*Id.* at 2.)

Petitioner has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Petitioner is not entitled to proceed *in forma pauperis*. Petitioner's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order shall issue.

/s/ John A. Gibney, Jr.
United States District Judge

Date: 6/21/16
Richmond, Virginia